```
Benfcl/hfc
Po Box 9068
Brandon, FL 33509


Blatt, Hasenmiller, Leibsker & Moor
10 S. LaSalle Street, Sute 2200
2015 M1 117525
Chicago, IL 60603


Citibank
P.O. Box 2036
Warren, MI 48090-2036


Citibank / Sears
Citicorp Credit Services/Attn: Centraliz
Po Box 790040
Saint Louis, MO 63179


LVNV Funding
Po Box 10497
Greenville, SC 29603


Ocwen Loan Sevicing Llc
Attn: Research Dept
1661 Worthington Rd   Ste 100
West Palm Beach, FL 33409


Portfolio Recovery
120 Corporate Blvd
2016 M1 104542
Norfolk, VA 23502


Sears
P.O. Box 182149
Columbus, OH 43218


Springleaf
601 Nw 2nd St
Evansville, IN 47701


Synchrony Bank
Attn: Bankruptcy Dept.
PO Box 965060
Orlando, FL 32896
```

```
Synchrony Bank/Walmart
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076


The Home Depot
P.O.Box 630268
Irving, TX 75063


Walmart
PO Box 981064
Attn: Bankruptcy Dept.
El Paso, TX 79998-1064
```